AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

09/30/2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America<br>v.<br>Alberto ORTEGA-Lopez<br>YOB:1977 COB: Mexico | ) ) ) ) ) ) ) | Case No.   M-18-2028-M |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 29, 2018  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 32.32 Kilograms of Methamphetamine. |

This criminal complaint is based on these facts:

See Attachment "A"

✓ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/s/ Ana L. Aguilera
*Complainant's signature*

Ana L. Aguilera, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/30/2018

*Judge's signature*

City and state:  McAllen, Texas

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

Attachment A

On September 29, 2018, Homeland Security Investigations (HSI), McAllen, Texas, received a phone call from Customs and Border Protection Officers (CBPO) at the Pharr, Texas Port of Entry about a vehicle suspected to be loaded with narcotics. During an x-ray inspection of the vehicle, anomalies were discovered within the vehicle's seats.

That vehicle was being driven by Alberto ORTEGA-Lopez, a Mexican national, as he attempted to make entry into the United States from Mexico.

During a physical inspection of the vehicle, CBPOs discovered several packages which field-tested positive for the characteristics of methamphetamine with a total weight of 32.32 kilograms.

CBPO Task Force Officer Ana Aguilera and HSI Special Agent Isidro Martinez responded to interview ORTEGA-Lopez. During the interview, ORTEGA-Lopez made several inconsistent statements about his travel plans. ORTEGA-Lopez stated he agreed to cross the vehicle containing what he believed to be an illegal substance into the United States, and deliver it to unknown individuals in Houston, Texas in exchange for monetary gain. ORTEGA-Lopez stated he was to contact an unknown individual in Mexico once he successfully crossed the port of entry and again after he successfully crossed the United States Border Patrol Checkpoint on his way to Houston, Texas. ORTEGA-Lopez stated he did not know exactly what he was transporting, but suspected it was drugs because he was to be paid $700 for such an easy job.

ORTEGA-Lopez admitted to having made similar trips to Houston, Texas in the past and delivering the vehicle to unknown individuals in exchange for a $700 payment.